AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Rotella)                                          USAO CW No. 25-015

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 25-326-M |
| DAVID BOLWELL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 24, 2025** in the county of **Philadelphia** in the **Eastern** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Manufacture and attempted manufacture of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s Leslie C. Trawick, Special Agent, FBI
*Complainant's signature*

Leslie C. Trawick, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

**José Raúl Arteaga**
Digitally signed by José Raúl Arteaga
Date: 2025.02.13 15:03:11 -05'00'

*Judge's signature*

Date: 02/13/2025

City and state: Philadelphia, Pennsylvania

Honorable Jose R. Arteaga, USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Leslie C. Trawick, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Philadelphia Division, being duly sworn, depose and state as follows:

1. I have been a Special Agent with the FBI since September 2021. I am currently assigned to the Philadelphia Division's Crimes Against Children Squad. During my employment with the FBI, I have investigated crimes involving the sexual exploitation of minors, including criminal offenses pertaining to the production, distribution, receipt, and possession of child pornography. I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) and have assisted in multiple child exploitation investigations. While working on the FBI Violent Crimes Against Children Squad involving child pornography investigations, I have been the lead case agent on approximately 15 cases and the Affiant on approximately 40 search warrants.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. The statements in this Affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that DAVID BOLWELL committed violations of Title 18 U.S.C. § 2251, which makes it a crime to employ, use, persuade, induce, entice, or coerce any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and any attempts to do so.

## LEGAL AUTHORITY

4.	Title 18 U.S.C. § 2251(a) and (e) prohibits a person from employing, using, persuading, inducing, enticing, or coercing any minor, that is, a person under the age of 18 years, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or attempting to do so.

## FACTS SUPPORTING PROBABLE CAUSE

5.	On February 3, 2025, a 14-year-old girl (hereafter "Minor 1," identity known to your Affiant but omitted to protect the privacy of a victim) reported to the Philadelphia Police Department (PPD) that a male she described as a white male, approximately, 60 years old, 6'2", thin build, wearing a black jacket and blue jeans, handed her a handwritten, sexually explicit letter as she was walking home from school in the vicinity of 4400 Edgemont Street, Philadelphia, PA. Among other allegations, the letter stated the male had videos of Minor 1 having sex with her friends and a video of Minor 1 performing sex on an older bald man.

6.	Minor 1's mother reviewed the letter and contacted PPD. A review of the letter by PPD showed that it was addressed to Minor 1's first name. The following is a sample from the hand-written letter:

   a.	"Hi [Minor 1's first name], I'm writing this to you to let you know that I am an independant Special Investigator. I know many things about you and wanted to let you know that you could be in some pretty serious trouble. I have obtained many many photos and videos of you having group sex parties with most of your girlfriends and a few older men during your so called sleepovers. I know the truth and these pictures from your phone and other electronic devices don't lie. It seems

to me that you are a very sexually active and extremely horney young girl. I know that you are frequently watching internet porn as well as what you are doing on Snapchat…sexting and sending and receiving naked selfies to your friends and older men. Sometimes even doing split-screen webcam shows while masterbating, which I know you love doing 3-4 times a night. Constantly humping your bed and playing with yourself and pinch-pulling on your little nipples. These pictures even show you giving and receiving oral sex with your different girlfriends and older men. Some of these pictures even show you letting your girlfriends suck on your tits and pics of you giving a blowjob to an older bald man. And even you jerking some guys off…..I can help you out but your really going to have to talk to me. Otherwise if your parents or the authorities find out you could be in trouble. Despite all of this I think you are so sexy and absolutely beautiful."

7. On February 6, 2025, the PPD Special Victims Unit (SVU) obtained surveillance footage from February 3, 2025, of an adult male waiting for approximately 20 minutes in a Ram truck, exiting his vehicle, walking over to Minor 1, handing her a letter, and entering a residence on the 4400 block of Edgemont Street.

8. PPD conducted record checks on 4432 Edgemont Street, Philadelphia, PA (the residence the adult male was seen entering after delivering the letter), and determined DAVID BOLWELL resides there. A PA motor vehicle check determined DAVID BOLWELL has a currently-registered 2019 Ram truck to that address.

9. On February 6, 2025, PPD-SVU executed residential search warrant 25-001242 on at the home of DAVID BOLWELL at 4432 Edgemont Street, Philadelphia, PA. BOLWELL was present at the home at the time of the execution of search warrant. PPD-SVU seized a black

Samsung Galaxy S23, model SM-S911U, serial number RFCWA1JVSRB, from the residence pursuant to the search warrant. BOLWELL was not arrested at that time.

       10.      On February 7, 2025, PPD-SVU obtained search warrant 25-001327 to search the contents of the Samsung Galaxy S23 phone seized from the residence. Review of the phone revealed hundreds of images of Minor 1 taken over more than a year's time, from approximately December 30, 2023, to at least January 24, 2025, that appeared to have been taken from outside the child's residence, as they depicted Minor 1 standing in her bedroom. In these images the child was in various states of undress, including one image with an associated date of January 24, 2025 that depicts Minor 1 in her bedroom, nude, with her vagina exposed. Many other images of Minor 1 depict her exposed vagina as well. Your Affiant also reviewed these images, and in your Affiant's opinion they constitute child pornography within the meaning of 18 U.S.C. § 2256.

       11.      On February 12, 2025, DAVID BOLWELL and his attorney appeared at PPD-SVU and agreed to be interviewed. Detective Ron Kahlan and Special Agent Leslie Trawick advised BOLWELL of his *Miranda* rights with his attorney present. BOLWELL said he understood these rights. BOLWELL's attorney sat with him throughout the interview. During the interview, BOLWELL told investigators he took the photos and videos of Minor 1 in her bedroom from within his own house and using his cellphone that had been seized as part of the search warrant. BOLWELL admitted that some of the photos and videos he took depicted the child nude and at time captured her genitals. BOLWELL was shown photographs taken from the forensic examination of his seized phone which depicted Minor 1's vagina, and he admitted to taking those photographs while Minor 1 was in her bedroom. BOLWELL advised he always took the photos after 9:30 p.m.. BOLWELL further advised he wrote a letter to Minor 1 and

delivered it to her in person to let her know that he had the pictures and videos and to "help" her so that she did not get in trouble with her parents.

## **CONCLUSION**

12. Based upon the information above, I respectfully submit that there is probable cause to believe that DAVID BOLWELL did employ, use, persuade, induce, entice, or coerce Minor 1, a child under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, in violation of 18 U.S.C. § 2251(a), as more fully set forth in Attachment A.

13. Therefore, I respectfully request that the attached arrest warrant be issued authorizing the arrest of DAVID BOLWELL.

       /s/ Leslie C. Trawick_____
LESLIE C. TRAWICK
Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13TH DAY
OF FEBRUARY, 2025.

\_\_/s/ Jose R. Arteaga_____
HONORABLE JOSE R. ARTEAGA
United States Magistrate Judge

## ATTACHMENT A

### Count One – Manufacture of Child Pornography and Attempt – 18 U.S.C. § 2251(a)

On or about January 24, 2025, in the Eastern District of Pennsylvania, defendant DAVID BOLWELL did knowingly attempt to employ, use, persuade, induce, entice, or coerce MINOR #1, a person under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, and attempted to do so.