IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: March 11, 2025 |
| DAVID BOLWELL | : | VIOLATIONS:<br>18 U.S.C. § 2251(a), (e) (manufacture and attempted manufacture of child pornography – 1 count) |
| | : | 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 17, 2023 through on or about January 29, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAVID BOLWELL**

employed and used Minor #1, a person under the age of 18 years who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, that is, by photographing and video recording Minor #1 engaged in sexually explicit conduct, and the visual depiction was produced and transmitted using materials that had been mailed and shipped and transported in and affecting interstate or foreign commerce by any means including by computer.

In violation of Title 18, United States Code, Sections 2251(a), (e).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 6, 2025, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**DAVID BOLWELL**

knowingly possessed matter, namely a Samsung Galaxy S23 cellular phone, Model SM-S911U bearing serial number 355123544810014, which contained visual depictions that had been shipped and transported in interstate and foreign commerce and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce. The production of these visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of a minor engaging in sexually explicit conduct. The minors depicted included prepubescent minors and minors who had not attained the age of 12 years.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 2251(a), and 2252(a)(4)(B), as set forth in this indictment, defendant

**DAVID BOLWELL**

shall forfeit to the United States of America:

(a) any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violations, including, but not limited to:

(1) one Samsung Galaxy S23 cellular phone, Model SM-S911U bearing serial number 355123544810014.

Pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL:**

_____ /for

**DAVID METCALF**
**United States Attorney**

3

*No.*_____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

DAVID BOLWELL

INDICTMENT

Counts

18 U.S.C. § 2251(a), (e) (manufacture and attempted manufacture of child pornography – 1 count)
18 U.S.C. § 2252(a)(4)(B) (possession of child pornography – 1 count)
Notice of forfeiture

A true bill.