IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                  v.

DAVID BOLWELL
USM# 61374-511
FDC PHILADELPHIA

:        CRIMINAL ACTION

:

:        No. 25-83

## NOTICE OF HEARING

      Take notice that the defendant is scheduled for a **Jury Trial** on **May 19, 2025** at **9:30 a.m.** before the **Honorable Gerald J. Pappert** in **Courtroom TBD** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**


For additional information, please contact the undersigned.

By:        Jeffrey Lucini
           Courtroom Deputy to Judge Pappert

Date:      3/25/25

cc via U.S. Mail:    Defendant
cc via email:       Defense Counsel G. Marr
                  Assistant U.S. Attorney M. Rotella
                  U.S. Marshal
                  Court Security
                  Probation Office
                  Pretrial Services
                  Interpreter Coordinator