IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
 v. :
 : No. 25-83

DAVID BOLWELL
USM# 61374-511
FDC PHILADELPHIA

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Change of Plea** hearing on **May 28, 2025** at **10:00 a.m.** before the **Honorable Gerald J. Pappert** in **Courtroom TBD** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**
 **Hearing rescheduled from:**

**GOVERNMENT COUNSEL SHALL SUBMIT A PLEA MEMORANDUM TO THE COURT THREE (3) BUSINESS DAYS PRIOR TO THE HEARING.**

For additional information, please contact the undersigned.

By: Jeffrey Lucini
 Courtroom Deputy to Judge Pappert

Date: 5/14/25

cc via U.S. Mail: Defendant
cc via email: Defense Counsel G. Marr
 Assistant U.S. Attorney M. Rotella
 U.S. Marshal
 Court Security
 Probation Office
 Pretrial Services
 Interpreter Coordinator