IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                :   CRIMINAL ACTION
    v.              :
                :   No. 25-83

DAVID BOLWELL
USM# 61374-511
FDC PHILADELPHIA

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Sentencing** hearing on **September 16, 2025** at **10:00 a.m.** before the **Honorable Gerald J. Pappert** in **Courtroom 11-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**
   **Hearing rescheduled from:**

**COUNSEL SHALL SUBMIT A SENTENCING MEMORANDUM TO THE COURT FIVE (5) BUSINESS DAYS PRIOR TO THE HEARING.**

For additional information, please contact the undersigned.

By:     Jeffrey Lucini
          Courtroom Deputy to Judge Pappert

Date:   6/2/25

cc via U.S. Mail:     Defendant
cc via email:        Defense Counsel G. Marr
                     Assistant U.S. Attorney M. Rotella
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator