# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 2:25-CR-83-GLP-1 |
| | : | |
| v. | : | |
| | : | |
| DAVID BOLWELL | : | |

## ORDER

AND NOW, this _____ day of 2025, upon consideration of Defendant's Motion to Continue Sentencing, it is hereby **GRANTED.**

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Sentencing conference in this matter, scheduled for September 16, 2025 at 10:00 a.m., is continued to _____, 2025 at _____ am/pm.

BY THE COURT:

_____ J.

**YOUNG, MARR & ASSOCIATES**
**BY: GAIL N. MARR, ESQUIRE**          **ATTORNEY FOR DEFENDANT**
**I.D.: 75231**
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
(215) 639-5297

---

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 2:25-CR-83-GLP-1 |
| v. | : | |
| DAVID BOLWELL | : | |

### DEFENSE MOTION TO CONTINUE SENTENCING

AND now, Defendant DAVID BOLWELL by and through his counsel, Attorney GAIL MARR, ESQUIRE, of Young, Marr, Mallis & Associates, LLC, hereby requests this Honorable Court grant this DEFENSE MOTION TO CONTINUE SENTENCING, and in support thereof avers as follows:

1. On May 23, 2025 Defendant, David Bolwell, plead guilty to Count 1: Manufacturing/Attempted Manufacturing of Child Pornography; 18 U.S.C. § 2251 (a) (1), and sentencing was scheduled for September 16, 2025.

2. Although Defense Counsel has attempted to obtain a Forensic Phycological Evaluation and Report to comply with the September 16, 2025 sentencing date, she has been unable to do so.

3. Dr. John Markey, met with the Defendant, Daivd Bolwell, at FDC last month, his report is not yet prepared and available for review by Defense Counsel, or presentation to AUSA, Michelle Rotella and the US Probation office.

4. Further, there are still outstanding matters relating to restitution that AUSA Michelle Rotella is obtaining.

5. Therefore, Gail Marr, Counsel for defendant requests a continuance of the matter.

6. Assistant United States Attorney, Michelle Rotella, Esquire has no object to this continuance request.

WHEREFORE, Defendant respectfully requests this Honorable Court grant his Motion to Continue Sentencing.

                Respectfully submitted,

                /s/ Gail Marr

                **GAIL MARR, ESQUIRE**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No.: 2:25-CR-83-GLP-1 |
| : | |
| v. : | |
| : | |
| DAVID BOLWELL : | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Defense Motion for Continuance of Sentencing has been served upon AUSA Michelle Rotella, U.S. Attorney's Office, 615 Chestnut Street, Philadelphia, PA 19106, via the Court's Electronic Filing System.

/s/ Gail Marr

_____

GAIL MARR, ESQUIRE