IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| DAVID BOLWELL | : | NO. 25-83 |

**NOTICE**

**AND NOW,** this **9th** day of **September, 2025,** you are hereby notified that a telephone conference is scheduled for **September 9, 2025 at 4:30 pm.,** before the Honorable Gerald J. Pappert.

Conference number to dial-in will be e-mailed to counsel.

ATTEST:

BY: /s/ Katie Rolon
         Deputy Clerk