### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 25-83** |
| | : | |
| **v.** | : | |
| | : | |
| **DAVID BOLWELL** | | |

### ORDER

**AND NOW**, this 9th day of September, 2025, after a telephone conference with counsel (Dkt. No. 35), it is **ORDERED** that:

1. Defendant David Bolwell's First Motion to Continue Sentencing (Dkt. No. 33) is **GRANTED**.

2. Bolwell's Sentencing scheduled for September 16, 2025 is **CANCELLED**.

3. Bolwell's Sentencing has been **RESCHEDULED** to **Thursday, October 9, 2025 at 2:00 pm**, before the Honorable Gerald J. Pappert, in Courtroom 11-A of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

4. Defense counsel shall provide a copy of Dr. Markey's Forensic Psychological Evaluation and Report to counsel for the Government on or before **Friday, September 26, 2025.**

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.