**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **V.** | : | **NO. 25-83** |
| **DAVID BOLWELL** | : | |

**ORAL MOTION AND ORDER**

**AND NOW**, this 31st day of October, 2025, the Government's Oral Motion to Dismiss Count 2 is **GRANTED** and Count 2 of the Indictment is **DISMISSED.**

BY THE COURT:

*/s/ Gerald J. Pappert*
HONORABLE GERALD J. PAPPERT
*United States District Judge*